# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY DEEGAN,<br>　　　　Petitioner,<br>　　v.<br>M. SPEARMAN, Warden,<br>　　　　Respondent. | Case No. 19-cv-04008-KAW (PR)<br><br>ORDER OF TRANSFER |

Petitioner, a state prisoner incarcerated at High Desert State Prison, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction obtained in the Placer County Superior Court.

A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the proper district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Petitioner was convicted in the Placer County Superior Court, which lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b). Accordingly, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court shall terminate any pending motions on this Court's docket and TRANSFER this action to the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: July 17, 2019

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge